# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

BILLY CANNON, SR.

ARRAIGNMENT AND PLEA HEARING

CASE NUMBER 11-CR-226

HONORABLE Patricia J. Gorence, presiding
Deputy Clerk: Kathy Fink
Hearing Held: November 17, 2011 at 2:00 p.m.

Court Reporter:
Hearing Began: 2:06:13
Hearing Ended: 2:10:16

**Appearances:**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA by: | Lisa A. Wesley | |
| Billy Cannon, Sr., in person, and by: | Joanna Perini | ☐ CJA ☒ FDS ☒ RET |
| , in person, and by: | | ☐ CJA ☐ FDS ☐ RET |
| , in person, and by: | | ☐ CJA ☐ FDS ☐ RET |

U.S. PROBATION OFFICE by: Eileen Vodak

INTERPRETER: ☒ None ☐ Sworn

☒ Original Indictment ☐ Superseding Indictment ☐ Information ☐ Misdemeanor ☐ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | Jan. 26, 2012 | Trial Estimate: | 4 days |
| Final Pretrial Date: | Jan. 12, 2012 at 1:30 p.m. | Voir Dire: | |
| Jury Trial Date: | Jan. 23, 2012 at 10:00 a.m. | Motions Due: | 12/2/11 |
| District Judge: | Lynn Adelman | Responses Due: | 12/12/11 |
| Magistrate Judge: | Nancy Joseph | Replies Due: | 12/16/11 |

☐ Defendant advised of rights
☐ Court orders counsel appointed
    ☐ Defendant to reimburse at $ _____ per month

☒ Defendant advised of charges, penalties, and fines

☒ Copy of indictment received by defendant
☐ ☐ Indictment read; or ☐ Defendant waives reading
☒ Not guilty plea entered by:
    ☒ defendant ☐ the court

☒ Open file policy applies
    Discovery available: provided to counsel today
  ☐ Court discussed availability for incarcerated defendants

☒ Government to disclose GJ materials one day prior to trial

☐ Case designated complex
    ☐ Scheduling conference set for:

before ☐ AEG ☐ PJG ☐ WEC ☐ NJ

**Maximum Penalties:**
Government: defendant charged in 6 ct indictment; includes forfeiture allegation
Counts 1 through 4: wire fraud; max 20 yr imp.; $250,000 fine; 3 yrs S.R.; $100 S.A.
Counts 5 and 6: money laundering; max 10 yr imp.; $250,000 fine; 3 yr S.R.; $100 S.A.

Government: defendant currently serving sentence; finish sentence mid-January, 2012; government requests that a detainer be lodged.
Defense counsel: he currently is some administrative procedure challenging his sentence and may get out before January; defense counsel does not oppose the detainer
Court: when defendant is released from a federal revocation sentence at MCC in Chicago, detainer placed on defendant and will be brought back to this court for a bail hearing.

| BILLY CANNON, SR. | 11-CR-226 |
|---|---|

**Bond Status:**
- ☐ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial
- ☒ Court orders federal detainer
- ☐ Defendant is ordered temporarily detained for a maximum of : ☐ 3 days ☐ 5 days ☐ 10 days
  Detention Hearing set for: _____
- ☐ Defendant detained but court will review upon motion proposing conditions of release
- ☐ Bond continued as previously set
- ☐ Detention continued as previously set
- ☐ Defendant is released on: ☐ O/R bond ☐ Unsecured bond in the amount of: _____
  ☐ Bond secured by: ☐ Cash ☐ Property ☐ Cash/property

**Conditions of Release:**
- ☐ Report to Pretrial Services as directed
- ☐ Execute appearance bond:
  - ☐ Cash only _____
  - ☐ Property only: Value: $_____ Location: _____
  - ☐ Cash or property: _____
- ☐ Seek/maintain employment
- ☐ Surrender passport to: _____
- ☐ Obtain no passport
- ☐ Travel restricted to: ☐ ED-WI ☐ _____
- ☐ No direct or indirect contact with: _____
- ☐ Undergo medical/psychiatric treatment: _____
- ☐ No firearms/weapons
- ☐ No excessive use of alcohol ☐ No alcohol
- ☐ No use, or illegal possession, of narcotic drugs/controlled substances, unless prescribed by a physician or other licensed medical practitioner
- ☐ Notify any medical provider of drug addiction
- ☐ Furnish PTS with a list of prescribed medications
- ☐ Testing for drugs/alcohol
- ☐ Inpatient drug treatment _____
- ☐ Outpatient drug treatment s directed by PTS
- ☐ Home confinement:
  - ☐ Curfew: ☐ as directed by USPO; or ☐ from: _____
  - ☐ Home detention with EM with restriction to residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by USPO
  - ☐ Home detention with electronic monitoring
  - ☐ Defendant to pay cost of EM as directed by PTS
- ☐
- ☐
- ☐