# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **Patricia J. Gorence**, presiding.   Deputy Clerk: Kathy Fink

DATE: **January 5, 2012 at 2:30 p.m.**   Court Reporter:

CASE NO. **11-CR-226**   Time Called: 2:37:48

UNITED STATES v. **Billy Cannon, Sr.**   Time Concluded: 2:56:23

PROCEEDING: **Bail Hearing**

UNITED STATES by: **Lisa A. Wesley**

    Probation Officer: **Stephanie Mott**

    Interpreter:

DEFENDANT: **Billy Cannon, Sr.**, in person, and by

ATTORNEY: **Kent R. Carlson**

---

    Court notes deft. was serving a federal sentence and a federal detained was lodged he will be released tomorrow from the federal sentence.

    Defense asks court to consider O/R w/conditions.

    Government would concur. Government notes that deft. in the 2007 never missed any court hearings.

    Court addresses counsel and deft. as to defendant's prior criminal history since 1995. Deft. served 160 months on filing of false tax returns, he was released and revoked and served imprisonment. Deft. while on SR had violations on EM, missed UA's, failed to file tax returns & left the district without permission. The defendant currently plead guilty in state court on possess of firearms and is due to be sentenced this year. The court cannot release you on O/R bond there are too many violations on supervision. O/R is not appropriate.

    Atty. Carlson addresses the court indicating that deft. could reside w/his girlfriend on EM and she is willing to act as a 3rd party custodian. Deft. has employment waiting for him counsel would ask that the court consider EM.

    Court questions defense as to employment. Counsel indicates deft. had been working for a cleaning company Will Schard. Court notes deft. has positives in his favor.

    Court sets: EM on home confinement. -Residence will need to be checked by Pretrial Services before release. -Deft. to report to PTS as directed. - Deft. to maintain or seek employment. -Employment will need to

be approved by PTS.- Deft's. travel is restricted to the ED of WI and ND of IL to see counsel. - No firearms. - No drugs.- Urinalysis as directed as by PTS and if deemed appropriate in or outpatient treatment as directed by PTS.- Deft. is to pay the cost of EM.