UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

## CHANGE OF PLEA MINUTES

Date: 12/3/12
Case No.: 11 CR 226
United States v. Billy Cannon, Sr.

Dep. Clerk: SDeitrich
Ct. Reptr.: Phyllis K.
Time Called: 2:31
Time Concluded: 2:39

United States by: Lisa Wesley
Probation Officer: Dan Drangolich
Interpreter: _____ ☐ Sworn

Deft. Billy Cannon, Sr. in person, and by Attorney Kent Carlson

---

✓ Plea agreement filed
___ Information filed
___ Waiver of indictment filed

Defendant pleads __guilty__ to Count(s) __3 & 5__ of the (Indictment) Information

✓ Adjudged guilty
✓ Presentence report ordered

Sentencing date set for 10:30 (a.m.) / p.m. 3/7/13

✓ Defendant remanded to custody of U.S. Marshal
___ Bond continued / set
    ___ with conditions as follows: