UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

           Plaintiff,

v.                       Case No. 11-CR-226

BILLY CANNON, SR.,

           Defendant.

## IN THE MATTER OF THE APPLICATION AND ORDER FOR A WRIT OF HABEAS CORPUS FOR PROSECUTION

TO:   The Honorable William E. Callahan, Jr.
       United States Magistrate Judge
       Eastern District of Wisconsin

The petition of the United States Attorney for the Eastern District of Wisconsin respectfully shows to this Court that

          **Billy Cannon, Sr., d.o.b.: xx/xx/1965, Inmate #00168999,**

is a defendant in the above-entitled action, whose appearance is necessary for a sentencing hearing.

That petitioner further alleges that the hearing will be held before the Honorable Lynn S. Adelman, Room 390, Federal Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, commencing on **May 30, 2013 at 10:30 a.m.**

The petitioner has been informed and believes that

          **Billy Cannon, Sr., d.o.b.:xx/xx/1965, Inmate #00168999,**

is now confined at the **Racine Correctional Institution, Sturtevant, WI,** at which institution

said person is committed pursuant to the Order of a Court of the State of Wisconsin.

**WHEREFORE,** your petitioner prays that this Honorable Court order that a Writ of Habeas Corpus for Prosecution be issued from this Court to the Warden of the Racine Correctional Institution, requiring him/her to produce the body of the said

**Billy Cannon, Sr., d.o.b.: xx/xx/1965, Inmate #00168999,**

at the time and place set forth above, and after said proceedings to return the prisoner to said institution under safe and secure conduct.

Dated at Milwaukee, Wisconsin, this 14th day of March, 2013.

Respectfully submitted,

JAMES L. SANTELLE
United States Attorney

LISA A. WESLEY
Assistant United States Attorney

Upon the foregoing petition,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus For Prosecution be issued as prayed for in the foregoing petition.

Dated at Milwaukee, Wisconsin, this 15th day of March, 2013.

WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge